O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIOUS DEWAYNE GAINES, ) | CASE NO. CV 09-06210 R (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| F. B. HAWS, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of DEMARIOUS DEWAYNE GAINES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 13, 2010

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE